**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| **Case No.:** 18-41117 | **Trustee Name:** GENE R. KOHUT, TRUSTEE |
| **Case Name:** MOCCIA, DARRELL AND MOCCIA, DARLENE | **Date Filed (f) or Converted (c):** 01/30/2018 (f) |
| **For the Period Ending:** 09/30/2018 | **§341(a) Meeting Date:** 03/08/2018 |
| | **Claims Bar Date:** 09/04/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining |
| **Ref. #** | | | | | |
| 1  SINGLE-FAMILY HOME 1700 WAVERLY 48183-000 - TRENTON MI 0 WAYNE COUNTY | $260,000.00 | $0.00 | | $0.00 | FA |
| 2  2002 CADILLAC DEVILLE 58000 MILES | $1,000.00 | $0.00 | | $0.00 | FA |
| 3  2007 MERCURY MILAN CO-SIGNED WITH SON. | $500.00 | $0.00 | | $0.00 | FA |
| 4  LAMPS, BEDS, WASHER, DRYER, KITCHEN APPLIANCES. STANDARD HOUSEHOLD GOODS AND FURNISHINGS, TV, STEREO | $4,000.00 | $0.00 | | $0.00 | FA |
| 5  MISC. CLOTHING NOTHING VALUED OVER $50.00. | $2,000.00 | $0.00 | | $0.00 | FA |
| 6  COSTUME JEWELERY, WATCH, NECKLACE, RINGS. | $1,500.00 | $0.00 | | $0.00 | FA |
| 7  TWO DOGS | $2.00 | $0.00 | | $0.00 | FA |
| 8  CHECKING AND SAVINGS CITIZENS BANK - CHECKING - DARLENE MOCCIA OPENED OCTOBER 2017 - BALANCE $300.00 DOWNRIVER COMMUNITY CREDIT UNION - CHECKING AND SAVINGS - JOINT ACCOUNT - BALANCE $100.00 PNC BANK - JOINT WITH BROTHER AND DARRELL MOCCIA - BALANCE $500.00 | $900.00 | $0.00 | | $0.00 | FA |
| 9  MACCLAREN TRANSPORTATION 100 % | $1,000.00 | $0.00 | | $0.00 | FA |
| 10  LADY BIRD DEED IN 2140 SHERATON, TRENTON, MI 48183 | Unknown | $0.00 | | $0.00 | FA |
| 11  TAX REFUNDS FEDERAL, STATE AND LOCAL | $3,400.00 | $0.00 | | $0.00 | FA |
| 12  TERM LIFE AAA ; BENEFICIARY: DARLENE MOCCIA | $0.00 | $0.00 | | $0.00 | FA |
| 13  TERM POLICY AAA ; BENEFICIARY: DARRELL MOCCIA | $0.00 | $0.00 | | $0.00 | FA |
| 14  HEATH SERVICE ACCOUNT | $600.00 | $0.00 | | $0.00 | FA |
| **SUBTOTALS** | | | | $0.00 | $0.00 |

| Case No.: | 18-41117 | | Trustee Name: | GENE R. KOHUT, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MOCCIA, DARRELL AND MOCCIA, DARLENE | | Date Filed (f) or Converted (c): | 01/30/2018 (f) |
| For the Period Ending: | 09/30/2018 | | §341(a) Meeting Date: | 03/08/2018 |
| | | | Claims Bar Date: | 09/04/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining |
| 15 | CLAIM AGAINST MACCLAREN TRANSPORTATION AND PRODUCE SERVICES, INC. (u) | Unknown | Unknown | | $0.00 | Unknown |

**Asset Notes:** Adversary case 18-04487

**TOTALS (Excluding unknown value)**  $274,902.00   $0.00         **Gross Value of Remaining Assets**  $0.00   $0.00

**Major Activities affecting case closing:**

Adversary case 18-04487. (11 (Recovery of money/property - 542 turnover of property)), (13 (Recovery of money/property - 548 fraudulent transfer)): Complaint by Gene R. Kohut against MacClaren Transportation and Produce Services, Inc.. Receipt Number DEFERRED, Fee Amount of $ 350 is Deferred. (Majoros, Elias)

Order Further Extending Deadline for Trustee to Object to Debtors' Discharge (Related Doc [34]). Last day to oppose objection or revocation of dischargeability of debts is 8/20/2018.

Order Granting Stipulation Extending 727 Discharge Deadline (Related Doc [30]). Last day to oppose objection or revocation of dischargeability of debts is 7/22/18 (RE: related document(s)[28] Order Extending Deadline For Trustee To Object To Debtors' Discharge (Related Doc [27]). Last day to oppose objection or revocation of debts is 6/8/2018. (lcl)). (J.A.J.)

REVIEWING BUSINESS AND PREFERENTIAL TRANSFER(s)

Order Extending Deadline For Trustee To Object To Debtors' Discharge (Related Doc [27]). Last day to oppose objection or revocation of debts is 6/8/2018.

Order Concerning Debtors' Claims of Exemption

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 05/31/2020 | | /s/ GENE R. KOHUT, TRUSTEE |
| **Current Projected Date Of Final Report (TFR):** | 05/31/2020 | | GENE R. KOHUT, TRUSTEE |