# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

| In The Matter Of: | In Bankruptcy: |
|---|---|
| DARRELL MOCCIA<br>DARLENE MOCCIA | Case No. 18-41117-TJT<br>Chapter 7<br>Hon. Thomas J. Tucker |
| Debtor(s)<br>_____/ | |

## NOTIFICATION OF INTENT TO FILE FINAL REPORT

To the Clerk of the United States Bankruptcy Court:

The final report and account for this estate will be filed approximately ninety days from the date of this notice.

Respectfully Submitted,

/s/ Gene R. Kohut
17000 Kercheval Avenue, Suite 210
Grosse Pointe, MI 48230
Phone: (313) 886-9765
E-mail: ecftrustee@gktrustee.com
[P47413]

Dated: 10/22/2019